# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ALEXANDER MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-4116-CV-C-NKL |
| | ) |
| KEVIN BOND, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On July 27, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims against Pettis County Jail. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 27, 2006 Report and Recommendation is adopted [5]. It is further

ORDERED that plaintiff's claims against Pettis County Jail are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim on which relief may be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 28, 2006
Jefferson City, Missouri